UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**GODDESS YOUNG,**

**CASE NO.: 1:17-CV-03802-TWT**

    **Plaintiff,**

v.

**UNIVERSITY OF PHOENIX, INC.,**

    **Defendant.**

_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Goddess Young, and Defendant, University of Phoenix, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice.

[Signatures are on the next page]

Dated: December 4, 2017

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **APOLLO EDUCATION GROUP, INC.** |
| 612 W. Bay Street | 4025 S. Riverpoint Parkway |
| Tampa, Florida 33606 | Mail Stop: CF-K612 |
| Phone: (813) 360-1529 | Phoenix, AZ 85040 |
| Fax: (813) 336-0832 | Phone: (602) 557-3564 |
| | Fax: (602) 383-6244 |
| /s/ Sumeet Shah | |
| **SUMEET SHAH, ESQ.** | /s/ Benjamin R. Welling |
| Georgia Bar No. 12240 | **BENJAMIN R. WELLING, ESQ.** |
| e-mail: sshah@centroneshrader.com | Florida Bar No. 16286 |
| **Attorneys for Plaintiff** | e-mail: ben.welling@apollo.edu |
| | **Attorney for Defendant** |

## CERTIFICATE OF SERVICE

I certify that on December 4, 2017, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Sumeet Shah
Attorney